# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Hong Kong Leyuzhen Technology Co. Limited

                              Plaintiff,

v.                                        Case No.: 1:25−cv−15823
                                        Honorable Virginia M. Kendall

princessace.com

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 3, 2026:

      MINUTE entry before the Honorable Virginia M. Kendall. On the Court's own Motion, Status and Motion hearing set for 2/5/2026 is reset for 11:00 AM (TIME CHANGE ONLY). Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.