**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO. LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> princessace.com, <br><br> Defendant. | **Case No. 1:25-cv-15823-VMK-YBK** <br><br><br> **Honorable Chief Judge Virginia M. Kendall** <br><br> **Magistrate Young B. Kim** |

## UNOPPOSED MOTION TO WITHDRAW KATHERINE M. KUHN AS COUNSEL

PLEASE TAKE NOTICE THAT pursuant to Local Rule 83.17, Plaintiff Hong Kong Leyuzhen Technology Co. Limited ("Plaintiff") respectfully requests that Katherine M. Kuhn be withdrawn as counsel in the above-captioned matter. Bayramoglu Law Offices LLC, and attorneys Joseph W. Droter, Nazly A. Bayramoglu, and Nihat Deniz Bayramoglu continue to represent Plaintiff in the above-captioned matter.

Counsel for Plaintiff conferred with Counsel for Defendant who has indicated that this Defendant has no objection to the relief requested in this motion.

Bayramoglu Law Offices LLC respectfully requests that the court remove Katherine M. Kuhn from future CM/ECF notifications.

DATED: April 17, 2026

Respectfully Submitted,

By: */s/ Joseph W. Droter*
Joseph W. Droter (Bar No. 6329630)
**BAYRAMOGLU LAW OFFICES LLC**
233 S. Wacker Drive, 44th Floor, #57
Chicago, IL 60606
Tel: (702) 462-5973 | Fax: (702) 553-3404
Joseph@bayramoglu-legal.com
*Attorneys for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of April 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ Katherine Kuhn*
Katherine M. Kuhn (Bar No. 6331405)
**BAYRAMOGLU LAW OFFICES LLC**
233 S. Wacker Drive, 44th Floor, #57
Chicago, IL 60606
Tel: (702) 462-5973 | Fax: (702) 553-3404
katherine@bayramoglu-legal.com
*Attorneys for Plaintiff*

2

MOTION TO WITHDRAW                                   Case No. 1:25-cv-15823-VMK-YBK
KATHERINE M. KUHN AS COUNSEL