**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO. LIMITED,<br><br>        Plaintiff,<br><br>v.<br><br>princessace.com,<br><br>        Defendant. | **Case No. 1:25-cv-15823-VMK-YBK**<br><br><br>**Honorable Chief Judge**<br>**Virginia M. Kendall**<br><br>**Magistrate Young B. Kim** |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, April 28, 2026, at 9:30 a.m., Plaintiff, by and through its counsel, the Bayramoglu Law Offices, LLC, will present Plaintiff's Motion to Withdraw Katherine M. Kuhn as Counsel (Docket 46) shall appear in-person in courtroom 2541 before the Honorable Chief Judge Virginia M. Kendall, of the U.S. District Court for the Northern District of Illinois.

DATED: April 17, 2026

Respectfully submitted,

By: */s/ Joseph W. Droter*
Joseph W. Droter (Bar No. 6329630)
**BAYRAMOGLU LAW OFFICES LLC**
233 S. Wacker Drive, 44th Floor, #57
Chicago, IL 60606
Tel: (702) 462-5973 Fax: (702) 553-3404
joseph@bayramoglu-legal.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of April 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ Joseph W. Droter*
Joseph W. Droter (Bar No. 6329630)
**BAYRAMOGLU LAW OFFICES LLC**
233 S. Wacker Drive, 44th Floor, #57
Chicago, IL 60606
Tel: (702) 462-5973 Fax: (702) 553-3404
joseph@bayramoglu-legal.com
*Attorneys for Plaintiff*

NOTICE OF PRESENTMENT OF MOTION                           Case No. 1:25-cv-15823-VMK-YBK