## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Hong Kong Leyuzhen Technology Co.
Limited

                                             Plaintiff,

v.                                                          Case No.: 1:25−cv−15823
                                                            Honorable Virginia M. Kendall

princessace.com

                                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 23, 2026:

        MINUTE entry before the Honorable Virginia M. Kendall. Attorney Katherine
Marilyn Kuhn'sMotion to withdraw as attorney [46] is granted. Motion hearing set for
4/28/2026 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.