## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO. LIMITED, | **Case No. 1:25-cv-15823-VMK-YBK** |
| Plaintiff, | |
| v. | |
| princessace.com, | **Honorable Chief Judge Virginia M. Kendall** |
| Defendant. | **Magistrate Young B. Kim** |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, Hong Kong Leyuzhen Technology Co. Limited and Defendant, princessace.com (collectively, the "Parties") respectfully notify the Court that this action has been settled in principle.

The Parties are in the process of finalizing the remaining terms, and in the process of preparing the formal settlement agreement and will, thereafter, require additional time to complete their settlement obligations. The Parties anticipate that it will take approximately fourteen (14) days to complete the settlement such that all claims can be dismissed with prejudice.

Accordingly, the Parties by and through their respective counsel, respectfully request the Court to find good cause to suspend all deadlines, including Defendant's deadline to respond to Plaintiff's discovery requests and the Court's ruling on Plaintiff's motion for preliminary injunction [Dkt. No. 22] for fourteen (14) days.

1

DATED: April 24, 2026

By: */s/ Nazly A. Bayramoglu*
Nazly A. Bayramoglu (NM Bar No. 151569)
Joseph W. Droter (Bar No. 6329630)
**BAYRAMOGLU LAW OFFICES LLC**
233 S. Wacker Drive, 44th Floor, #57
Chicago, IL 60606
Tel: (702) 462-5973 | Fax: (702) 553-3404
joseph@bayramoglu-legal.com
nazly@bayramoglu-legal.com
*Attorneys for Plaintiff*

Respectfully submitted,

By: */s/ Benjamin Solter*
Benjamin Solter
Cross-Border Counselor LLP
7755 Center Ave., Suite 1100
Huntington Beach, CA 92647
(781) 752-6369 (Telephone)
*Attorney for Defendant*

2

NOTICE OF SETTLEMENT                     Case No.  1:25-cv-15823-VMK-YBK

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th of April 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ Nazly A. Bayramoglu*
Nazly Aileen Bayramoglu (NM Bar No. 151569)
**BAYRAMOGLU LAW OFFICES LLC**
233 S. Wacker Drive, 44th Floor #57
Chicago, IL 60606
Tel: (702) 462-5973 Fax: (702) 553-3404
nazly@bayramoglu-legal.com
*Attorney for Plaintiff*

3